■ BRADFORD T. JOBLING, Respondent, v HERTZ CORPORATION, Appellant, and SUPERB KNITTING MILLS CORPORATION et al., Defendants-Respondents, et al., Defendant. THELMA F. STORCK, as Administratrix of the Estate of SUZETTE M. STORCK, Deceased, et al., Respondents, v HERTZ CORPORATION, Appellant, and SUPERB KNITTING MILLS CORPORATION, et al., Respondents, et al., Defendant.—Order, Supreme Court, Bronx County, entered May 2, 1975,

unamimously affirmed. Respondents shall recover of appellant one bill of $40 costs and disbursements. The court correctly decided, on the law and the facts, that the defendant, the Hertz Corporation, lessor of the truck involved in this accident and a self-insurer, should be required to defend the action for wrongful death and personal injury. *(MVAIC v Continental Nat. Amer. Group Co.,* 35 NY2d 260; Vehicle and Traffic Law, § 388.) Concur—Stevens, P. J., Markewich, Kupferman, Capozzoli, and Nunez, JJ.